IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RONNIE WILLIAMS,  )
  )
 Petitioner,  )
  )
v.  ) CASE NO. CV412-019
  )
WARDEN BRIAN OWENS, Georgia  )
State Prison,  )
  )
 Respondent.  )
  )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which objections have been filed (Doc. 7). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. In the objections, Petitioner argues that he cannot waive his right to counsel. (Id. at 1-2.) However, this issue is wholly distinct from the question of whether this Court has jurisdiction to entertain a second or successive habeas petition. As the Magistrate Judge correctly points out, this Court may only entertain a second or successive habeas petition if Petitioner obtains permission from the Eleventh Circuit. See Hill v. Hopper, 112 F.3d 1088, 1089 (11th Cir. 1997); see also Eleventh Cir. R. 22-3(a). Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this

case and the 28 U.S.C. § 2254 Petition is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 11th day of April 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2